UNITED STATES of America, Plaintiff–Appellee

v.

Lucio Martin MENDOZA–RUIZ, also known as Lucio Mendoza, Defendant–Appellant.

No. 08–51195
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

April 20, 2010.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Marina Chavez, El Paso, TX, for Defendant–Appellant.

Lucio Martin Mendoza–Ruiz, Pecos, TX, pro se.

Before SMITH, PRADO, and HAYNES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Lucio Martin Mendoza–Ruiz has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Mendoza–Ruiz has not filed a response. Our independent review of the record and counsel's brief discloses no non-frivolous issue for appeal. Accordingly,

---

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.